UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  1:13-cv-00791-RLY-TAB |
| | ) |
| CITY OF INDIANAPOLIS and ANDREW MCKALIPS, | ) |
| | ) |
| Defendants. | ) |

# FINAL JUDGMENT

Consistent with the Entry issued this day, the court now enters final judgment in favor of Defendants, the City of Indianapolis and Andrew McKalips, and against Plaintiff, Joseph Simpson.

**SO ORDERED** this 11th day of January 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1